JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**

First Listed Plaintiff:
Builder Services Group, Inc. ;
5 Incorporated and Principal Place of Business in Another State; Florida
**County of Residence:** Outside This District

**Defendant(s):**

First Listed Defendant:
Lonnie Dillon ;
1 Citizen of This State;
**County of Residence:** Miller County

Additional Defendants(s):
Lake Residential Commercial Insulation, LLC ;
5 Incorporated and Principal Place of Business in Another State; Illinois

Goley Inc., dba Goley Insulation ;
5 Incorporated and Principal Place of Business in Another State; Illinois

**County Where Claim For Relief Arose:** Miller County

**Plaintiff's Attorney(s):**

Shareholder Michael L. Matula ( Builder Services Group, Inc.)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
700 West 47th Street
Kansas City, Missouri 64112
**Phone:** 8164102223
**Fax:** 816471.1303
**Email:** michael.matula@ogletree.com

Associate Jordan Kurdi ( Builder Services Group, Inc.)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
700 West 47th Street
Kansas City, Missouri 64112
**Phone:** 8164102227
**Fax:** 816471.1303
**Email:** jordan.kurdi@ogletree.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** 5 Incorporated and Principal Place of Business in Another State
    **Defendant:** 1 Citizen of This State

**Origin:** 1. Original Proceeding

**Nature of Suit:** 890 Other Statutory Actions

Case 2:24-cv-04092-BP    Document 1-4    Filed 06/06/24    Page 1 of 2

**Cause of Action:** 28 U.S.C. § 1332, dispute over business telephone number

**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):** 75,000

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** /s/ Michael L. Matula

**Date:** __06/06/2024_____

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.