# EXHIBIT 3

Matula, Michael L.

| | |
|---|---|
| **From:** | Kristin Brochetti <KristinBrochetti@thegoleycompanies.com> |
| **Sent:** | Saturday, May 11, 2024 6:57 AM |
| **To:** | ldillon@gsinsulation.com |
| **Cc:** | Kristin Brochetti |
| **Subject:** | Opportunity |

Good morning, Lonnie. I sent a text the other day and wanted to follow up with an email. I'm with Goley Insulation, based near St. Louis. We have an interest in your market, and with the recent acquisition, were wondering if you'd be willing to have a call with our owner – DeWayne Goley. We've been in business for over 50 years and have plenty of material for our jobs. Now, we need to put a strong team in place. I appreciate your consideration and look forward to speaking with you. Please let me know what works with your schedule.

Thank you!

Kristin



## Kristin Brochetti
Director, Business Development
goleyinc.com [goleyinc.com]
(419)279-3822