UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| BUILDER SERVICES GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LONNIE DILLON, LAKE RESIDENTIAL COMMERCIAL INSULATION, LLC, and GOLEY INSULATION, INC. <br><br> Defendants. | Case No.: 2:24-cv-04092-BP |

### Entry of Appearance

Andrew J. Martone of the law firm of Martone Legal, LLC enters his appearance on behalf of Defendants Lonnie Dillon, Lake Residential Commercial Insulation, LLC and Goley Insulation, Inc. in the above-captioned case.

Respectfully submitted,

**MARTONE LEGAL, LLC**

By: */s/ Andrew J. Martone*
Andrew J. Martone, #37382MO
Matthew B. Robinson, #52954MO
600 Emerson Rd., Suite 205
Creve Coeur, MO 63141
Telephone: (314) 862-0300
Facsimile: (314) 862-7010
andym@martonelegal.com
mattr@martonelegal.com

*Attorneys for Defendants*
*Lonnie Dillon, Lake Residential*
*Commercial Insulation, LLC and*
*Goley Insulation, Inc.*

## Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing Entry of Appearance was filed with the Clerk of the Court this 11th day of June 2024, to be served by operation of the Court's electronic service to:

Michael L. Matula, MO #47568
Jordan Kurdi, MO #72892
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
700 W 47th Street, Suite 500
Kansas City, MO 64112
michael.matula@ogletree.com
Jordan.kurdi@ogletree.com

*Attorneys for Plaintiff*

/s/ Andrew J. Martone